### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**THOMAS HARRISON**,

        *Petitioner*,

v.

**WARDEN UNKNOWN VEREEN**,

        *Respondent*.

CAUSE NO. 3:20-CV-315-CWR-LGI

## ORDER

Before the Court is petitioner Thomas Harrison's objection to the Magistrate Judge's Report and Recommendation (R&R). Docket No. 14. The matter is fully briefed.

Having reviewed the filings against the applicable law, the Court cannot sustain Mr. Harrison's objection. The United States has met the low evidentiary and legal standards necessary to sustain the contraband finding and sanction. *See, e.g.*, *Kapordelis v. Myers*, 16 F.4th 1195, 1200 (5th Cir. 2021) ("[D]ue process is satisfied in this context if . . . some evidence supports the decision by the prison disciplinary board to revoke good time credits. Under this standard, prison disciplinary proceedings will be overturned only where there is *no evidence whatsoever* to support the decision of the prison officials.").

For this reason, the objection is overruled and the R&R is adopted as this Court's own Order. A separate Final Judgment shall issue.

**SO ORDERED**, this the 25th day of September, 2023.

                                          s/ Carlton W. Reeves
                                          UNITED STATES DISTRICT JUDGE